UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)
-----------------------------------------------------------------X

In re:

SOON YOUNG OM,

        Debtor.

-----------------------------------------------------------------X

Chapter 7

Case No. 10-10549-NLW

NOTICE OF APPEARANCE
AND DEMAND FOR NOTICES
AND PAPERS

SIRS:

    PLEASE TAKE NOTICE THAT JP Morgan Chase Bank, N.A., ("Chase Bank") hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following address and telephone number:

                Matthew G. Roseman, Esq.
                Cullen and Dykman, LLP
                100 Quentin Roosevelt Boulevard
                Garden City, New York 11530
                Telephone: (516) 357-3700

    PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex,

or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Chase Bank: (1) to have final orders in noncore matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Chase Bank is or may be entitled, in law or equity, all of which rights, claims, actions defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
January 28, 2010

                                       Yours, etc.
                                       CULLEN AND DYKMAN LLP

                                       By:   s/Matthew G.Roseman
                                       Matthew G. Roseman, Esq.
                                       Attorneys for JP Morgan Chase Bank, N.A.
                                       100 Quentin Roosevelt Boulevard
                                       Garden City, New York 11530
                                       (516) 357-3700

TO:
Soon Young Om
19 Van Courtland Place
2nd Floor
Ridgefield, NJ 07657

Bong June Kim, Esq.
Kim & Bae, P.C.
2160 North Central Road
Suite 303
Fort Lee, NJ 07024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)
-----------------------------------------------------------------X

In re:

SOON YOUNG OM,

               Debtor.
-----------------------------------------------------------------X

Chapter 7

Case No. 10-10549-NLW

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NASSAU   )

      CYNTHIA ROBLES, is over 18 years of age and resides at Massapequa Park, New York.

      That on the 28th day of January, 2009, I mailed a Notice of Appearance and Demand for Notices and Papers via first class mail by depositing a true copy thereof in a properly sealed post-paid wrapper, in a post office official depository under exclusive care and custody of the United States Postal Service within the New York State, addressed as follows:

      Soon Young Om
      19 Van Courtland Place
      2nd Floor
      Ridgefield, NJ 07657

      Bong June Kim, Esq.
      Kim & Bae, P.C.
      2160 North Central Road
      Suite 303
      Fort Lee, NJ 07024

that being the address designated on the latest papers served in the within action.

                                                         CYNTHIA ROBLES

Sworn to before me on
28th day of January, 2010

_____
Notary Public

        LESLIE E. FINAN
   NOTARY PUBLIC, State Of New York
        No. 01F16060040
     Qualified in Nassau County
   Commission Expires June 25, 2011